## TOBIAS NEWCOMER
### v.
## HENRY CONNER

### 1806

JOURNAL ENTRIES

1. Appearance; special bail; declaration filed; rule to plead . . . . . . . . . . . *Journal, infra,* *p. 35
2. Appearance; rule to plead . . . . . . . . . . " 40
3. Continuance . . . . . . . . . . . . . " 50
4. Postponement . . . . . . . . . . . . " 128
5. Discontinuance . . . . . . . . . . . . " 133

PAPERS IN FILE

[None]

## TOBIAS NEWCOMER
### v.
## HENRY CONNER AND FRANCIS GRAY

### 1806

JOURNAL ENTRIES

1. Appearance; special bail; declaration filed; rule to plead . . . . . . . . . . . *Journal, infra,* *p. 35
2. Appearance; rule to plead . . . . . . . . . . " 40
3. Continuance . . . . . . . . . . . . . " 50
4. Postponement . . . . . . . . . . . . " 128
5. Reference . . . . . . . . . . . . . " 133
6. Report of referees; judgment . . . . . . . . " 167
7. Witness fees ordered paid . . . . . . . . . " 186